FILED

04/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0569

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0569

IN THE MATTER OF G.M.P.,

An Alleged Incapacitated Person.

FILED

APR 13 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until April 19, 2022, within which to file the reply brief.

No further extensions will be granted.

DATED this 13 day of April, 2022.

For the Court,

_____
Chief Justice